# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DISCIPLINE OF )<br>JAMES FRANCIS DONOHUE, )<br>ATTORNEY REGISTRATION )<br>NUMBER 56692, A MEMBER )<br>OF THE BAR OF THE )<br>UNITED STATES DISTRICT )<br>COURT FOR THE WESTERN )<br>DISTRICT OF PENNSYLVANIA ) | 2:15-mc-499-MRH |

## ORDER

AND NOW, this 27th day of September 2021, upon consideration of the Petition for Reinstatement and Errata (ECF Nos. 6, 7), it is hereby ORDERED that the Petition is granted and that James Francis Donohue is hereby reinstated to the active practice of law in the United States District Court for the Western District of Pennsylvania pursuant to Local Civil Rule 83.3(G), effective September 27, 2021.

FOR THE COURT:

/s/ Mark R. Hornak

--------------------------------
Mark R. Hornak
Chief United States District Judge